For the foregoing reasons, I respectfully dissent.

NIGRO, J., joins this Dissenting Opinion.

■

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Anthony WASHINGTON, Petitioner.**

**No. 0086 Capital Appeal Docket.**

Supreme Court of Pennsylvania.

Dec. 29, 1997.

### *ORDER*

PER CURIAM.

AND NOW, this 29th day of December, 1997, upon consideration of petitioner's emergency motion for a stay of execution, and the Commonwealth's concurrence with this application, IT IS HEREBY ORDERED that petitioner's application is GRANTED and his execution will be stayed pending action by the United States Supreme Court on his petition for writ of certiorari from this Court's ruling in *Commonwealth v. Washington*, 549 Pa. 12, 700 A.2d 400 (1997).

■

**Arlene SWANSON, Individually and as Executrix of the Estate of David Swanson, Deceased, Petitioner,**

v.

**McNEIL–PPC, INC., Anthony R. Temple, M.D., and Warner–Lambert Company, Respondents.**

Supreme Court of Pennsylvania.

Dec. 31, 1997.

Thomas R. Hurd, Philadelphia, for petitioner.

Patrick Malone for petitioner.

### *ORDER*

PER CURIAM.

AND NOW, this 31st day of December, 1997, the Application for Leave to Supplement Petition for Allowance of Appeal is granted. The Supplement to Petition for Allowance of Appeal appended to the Application and the Supplement to Respondents' Opposition to Allowance of Appeal appended to the Answer to Application for Leave to Supplement shall be docketed as filed.

The Petition for Allowance of Appeal is granted, the order of the Superior Court is reversed, the order of the Court of Common Pleas of Philadelphia County is vacated, and the matter is remanded to the common pleas court for further proceedings consistent with *Cheeseman v. Lethal Exterminator, Inc.,* and *Forman v. Rossman,* 549 Pa. 200, 701 A.2d 156 (1997).

NIGRO, J., dissents.